AO (Rev. 3/01) Judgment in a Criminal Case for Revocations

# United States District Court

## NORTHERN DISTRICT OF IOWA

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | (For Revocation of Probation or Supervised Release) |
| JOSE SANDOVAL-VELASCO | (For Offenses Committed On or After November 1, 1987) |

Case Number: **05MJ167**

**Robert A. Wichser**
Defendant's Attorney

## THE DEFENDANT:

■ admitted guilt to violation of condition(s)  **special condition**  of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following violations(s):

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| Special Condition | If deported, you shall not return without authorization | 05/07/2005 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

FILED
U.S. District Court
Northern District of Iowa

10/07/05  By: s/src

Copies mailed/faxed to counsel of record, pro se parties and others listed here:
cert copies to USM - USP -AUSA
and CR Financial

October 5, 2005
Date of Imposition of Judgment

Signature of Judicial Officer

**Mark W. Bennett, Chief U.S. District Court Judge**
Name and Title of Judicial Officer

10/7/05
Date

DEFENDANT: JOSE SANDOVAL-VELASCO
CASE NUMBER: 05MJ167

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **24 months. This term of imprisonment shall be served consecutively to the sentence in the Northern Case No. CR05-4081-001-MWB**

☐ The court makes the following recommendations to the Bureau of Prisons:

■ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

Approved: /s/ _____
U.S. Probation Officer

/s/ Michael McKown
Assistant U.S. Attorney